Sonja S. Weissman (State Bar No. 154320)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94107
Telephone:    415.543.8700
Facsimile:     415.391.8269
Email: sweissman@reedsmith.com
Email: jneudecker@reedsmith.com

Attorneys for Defendants, Zimmer, Inc.,
Zimmer Holdings, Inc., and Zimmer Surgical,
Inc., f/k/a Zimmer Orthopaedic Surgical
Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE McNAB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.<br><br>　　　　Defendant. | Case No. 3:12-cv-0499-EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING TRANSFER TO MULTIDISTRICT LITIGATION** |

Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., and Plaintiff Debbie McNab (collectively, "the Parties"), hereby stipulate to a stay of all proceedings in this action, including but not limited to any deadline to answer or otherwise respond to the Complaint, initial disclosures pursuant to Rule 26, and all other discovery and pretrial deadlines, pending transfer of this action to the Northern

- 1 -

District of Illinois Multidistrict Proceeding *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272 ("MDL-2272"). In support, the Parties state:

1. This is one of multiple product liability cases in which the plaintiff(s) allege that the defendant designed, manufactured, and sold an allegedly defective *NexGen* branded artificial knee implant, which allegedly caused the plaintiff(s) to suffer damages.

2. On August 8, 2011, the JPML created MDL-2272 and began transferring cases involving *NexGen* branded artificial knee implants to the United States District Court for the Northern District of Illinois (the "Transferee Court") for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* Transfer Order in *In Re: Zimmer NexGen Knee Implant Products Liability Litigation* (attached as Exhibit A). Describing the primary purposes of consolidating these cases, the JPML stated that "[c]entralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings on *Daubert* and other pretrial issues, and conserve the resources of the parties, their counsel and the judiciary." [*See id.* at 2.]

3. The Parties have identified this action as one falling within the scope of MDL-2272 and will promptly file a Notice of Tag-Along with the JPML seeking transfer of this action to the Northern District of Illinois.

4. A stay of all proceedings in this Court pending transfer to MDL-2272 is appropriate because such a stay will promote judicial economy and consistency. Indeed, the Transferee Court is expected to decide multiple pre-trial issues likely to arise in the cases transferred to MDL-2272.

5. A stay in this Court pending transfer to the MDL-2272 will not prejudice any party.

WHEREFORE, Defendants and Plaintiff respectfully request that this Court stay all proceedings in this Court, including but not limited to any deadline for an answer or other

response to the Complaint, initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines pending transfer of this case to MDL-2272.

DATED: February 24, 2012.

LANGDON & EMISON

By /s/ Phyllis Norman
Phyllis Norman
Attorney for Plaintiff

DATED: February 24, 2012.

REED SMITH LLP

By /s/ James M. Neudecker
Sonja S. Weissman
James M. Neudecker
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: _____.

_____
The Honorable Elizabeth D. Laporte

response to the Complaint, initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines pending transfer of this case to MDL-2272.

DATED: February 24, 2012.                LANGDON & EMISON

By _____
Phyllis Norman
Attorney for Plaintiff

DATED: February 24, 2012.                REED SMITH LLP

By _____
Sonja S. Weissman
James M. Neudecker
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: February 28, 2012.

_____
The Honorable Elizabeth D. Laporte